IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JORGE FERNANDEZ, #49109-004          PETITIONER

VERSUS                                CIVIL ACTION NO. 5:07-cv-62-DCB-MTP

BRUCE PEARSON                         RESPONDENTS

## **FINAL JUDGMENT**

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the memorandum opinion and order issued this date and incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed with prejudice.

This the   26th   day of   June   2009.


                s/David Bramlette
                UNITED STATES DISTRICT JUDGE